OPINION — AG — THE OKLAHOMA TAX COMMISSION MAY EMPLOY LICENSED ATTORNEYS, UNCLASSIFIED BY 74 O.S. 1978 Supp., 803.5 [74-803.5], IN ADDITION TO THE "GENERAL COUNSEL AND SIX ATTORNEYS" SET OUT BY 68 O.S. 1978 Supp., 105 [68-105], TO PERFORM ADMINISTRATIVE AND RELATED DUTIES PROVIDED THEY DO NOT REPRESENT THE COMMISSION IN AN ATTORNEY/CLIENT RELATIONSHIP WHETHER IT BE ADVISORY OR IN LITIGATION. (GERALD E. WEIS)